UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Crum & Forster Specialty Insurance Company, <br> *Plaintiff,* <br><br> v. <br><br> JP Framing Contractors, LLC, et al., <br> *Defendants.* | § § § § § § § § § <br><br> Case No. 1:24-cv-01345-ADA |

## DEFAULT JUDGMENT

Today, the Court granted Plaintiff's motions for default judgment against Defendants JP Framing Contractors, LLC, and Jose Paita. The Court now renders default judgment in favor of Plaintiff. **IT IS ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Crum & Forster Specialty Insurance Company has no duty to defend JP Framing Contractors, LLC, or Jose Paita in the lawsuit styled *Martin Hernandez Juarez v. Perry Homes, LLC, et al.*, Cause No. 2022-69551, 269th Judicial District Court of Harris County, Texas; and

2. Crum & Forster Specialty Insurance Company has no duty to indemnify JP Framing Contractors, LLC, or Jose Paita for any settlement or judgment entered against them in the lawsuit styled *Martin Hernandez Juarez v. Perry Homes, LLC, et al.*, Cause No. 2022-69551, 269th Judicial District Court of Harris County, Texas.

As nothing remains to resolve, this case is now **CLOSED**.

**SIGNED** on October 8, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE